USDC SDNY Cote J
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DEANNA S. WOODS,

                 Plaintiff,

-against-

CRAVATH, SWAINE & MOORE LLP,

                 Defendant.

------------------------------------x

Case No. 11-Civ-4643 (DLC) (KNF)

ECF CASE

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE THAT Proskauer Rose LLP is being substituted as counsel of record for Defendant CRAVATH, SWAINE & MOORE LLP, replacing Cravath, Swaine & Moore LLP.

Pursuant to Local Rule 1.4, attached is the Declaration of Kathleen M. McKenna, Esq.

Dated: August 23, 2012
New York, New York

/s/ Kathleen M. McKenna
Kathleen M. McKenna
Harris M. Mufson
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
Phone: (212) 969-3000

SO ORDERED:

_____
The Honorable Denise L. Cote
United States District Judge

August 27, 2012